IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUE A. GRIESMAN, | ) | |
| | ) | 4:04CV3359 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Defendant for an Order striking Filing No. 18, Defendant's Brief in Support of the Administrative Decision and in Reply to Plaintiff's Brief, and for an Order allowing Defendant leave to refile the correct version of the brief for the reason that the wrong version of the brief was mistakenly filed using the electronic case filing system.  For good cause shown,

IT IS HEREBY ORDERED that the Clerk's Office shall strike Filing No. 18 from the record and that the Defendant's Motion for Leave to Refile its Brief in Support of the Administrative Decision and in Reply to Plaintiff's brief is hereby granted.

DATED this 22nd day of June, 2005.

s/ Joseph F. Bataillon
Joseph F. Bataillion, Chief Judge
United States District Court